UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE JOHNSON,<br><br>                Plaintiff,<br><br>vs.<br><br>T. VO, M.D, et al.,<br><br>                Defendants.<br>_____/ | 1:04-cv-05679-REC-DLB-P<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATION** (Doc. 13)<br><br>**ORDER DISMISSING AMENDED COMPLAINT AND DIRECTING CLERK TO ENTER JUDGMENT FOR DEFENDANTS** |

  Plaintiff, Bruce Johnson ("plaintiff"), is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

  On June 10, 2005, the Magistrate Judge filed Findings and Recommendation herein which were served on the parties and which contained notice to the parties that any objections to the Findings and Recommendation were to be filed within thirty (30) days.  On June 20, 2005, plaintiff filed objections to the Magistrate Judge's Findings and Recommendation.

//

1

1    In accordance with the provisions of 28 U.S.C.
§ 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a <u>de novo</u> review of this case.  Having carefully reviewed the entire file, the Court finds the Findings and Recommendation to be supported by the record and by proper analysis.

   Accordingly, IT IS HEREBY ORDERED that:

   1.   The Findings and Recommendation, filed June 10, 2005, are ADOPTED IN FULL; and,

   2.   The amended complaint, filed March 2, 2005, is DISMISSED in its entirety, without leave to amend.

   3.   The Clerk of the Court is directed to enter judgment for defendants.

   IT IS SO ORDERED.

**Dated:  September 7, 2005**                    **/s/ Robert E. Coyle**
668554                                            UNITED STATES DISTRICT JUDGE

2